NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of P.E.C.P and R.R.J.,
children.

_____

B.W.,

        Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

        Appellees.

_____

Case No. 2D18-2617

Opinion filed October 24, 2018.

Appeal from the Circuit Court for Lee
County; Amy Hawthorne, Judge.

Toni A. Butler of Alderuccio & Butler, LLC,
Naples, for Appellant.

Meredith K. Hall, Appellate Counsel,
Children's Legal Services, Bradenton, for
Appellee Department of Children and
Families.

Thomasina Moore, Statewide Director of
Appeals, Tallahassee, and Laura J. Lee,
Appellate Counsel, Tallahassee, for
Appellee Guardian ad Litem Program.


PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.